# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | | |
|---|---|---|
| BARBRA MICHELLE GARRISON, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| CAROLYN W. COLVIN, Acting | * | No. 5:14CV00025-SWW-JJV |
| Commissioner, Social Security | * | |
| Administration, | * | |
| | * | |
| Defendant. | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, the Commissioner's decision is reversed and remanded for calculation of benefits. This is a "sentence four remand" within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED THIS 16TH DAY OF OCTOBER, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE