# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | | |
|---|---|---|
| BARBRA MICHELLE GARRISON, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| CAROLYN W. COLVIN, Acting | * | No. 5:14CV00025-SWW |
| Commissioner, Social Security | * | |
| Administration, | * | |
| | * | |
| Defendant. | * | |

## ORDER

Before the Court is Plaintiff's motion for attorney's fees under the Equal Access to Justice Act ("EAJA") (ECF No. 16) and the Commissioner's response stating no opposition (ECF No. 17). After careful consideration, the motion is granted.

On October 16, 2014, the Court reversed and remanded the Commissioner's decision denying Plaintiffs' application for disability insurance benefits. Now before the Court is Plaintiff's motion seeking $3,623.02 in attorney's fees, based on 18.7 hours of attorney work at the hourly rate of $184.52, and 2.3 hours of paralegal work at the hourly rate of $75. Without no objections, the Court finds that the requested fee award should be granted.

Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 130 S.Ct. 2521 (2010), an award of EAJA fees belongs to the prevailing party, not that party's lawyer. Consistent with the Commissioner's usual procedure, the check awarding EAJA fees should be made payable to Plaintiff, but mailed to the care of Plaintiff's attorney at the attorney's office.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees (ECF No. 16) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff is awarded $3,623.02 in attorney's fees and expenses under the EAJA. Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA attorney's fees should be made payable to Plaintiff, but mailed to the care of Plaintiff's attorney, Eric L. Worsham, at the attorney's office.

IT IS SO ORDERED THIS 4TH DAY OF FEBRUARY, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE